**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

*In re Ex Parte* Application of Sumitomo Pharma UK
Holdings, Ltd. for an Order, Pursuant to 28 U.S.C. §
1782, Granting It Leave to Obtain Discovery for Use
in Foreign Proceedings

Case No. _____

-------------------------------------------------------------------

**DECLARATION OF BRANDT HENSLEE IN SUPPORT OF SUMITOMO**
**PHARMA UK HOLDINGS, LTD.'S APPLICATION FOR**
**ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

I, Brandt Henslee, hereby declare under penalty of perjury pursuant to 28 U.S.C. **§** 1746,

that the following is true and correct:

1.    I am an attorney with the law firm Freshfields Bruckhaus Deringer, US LLP, counsel

to Sumitomo Pharma UK Holdings, Ltd ("Sumitomo").  I am familiar with the facts set

forth in this declaration from personal knowledge and documents I have reviewed.

2.    I make this declaration in support of Sumitomo's Application for an Order Pursuant to

28 U.S.C. § 1782 (the "Application").

3.    Sumitomo brings this Application under 28 U.S.C. § 1782 to obtain limited discovery

from Clear Street, LLC ("Clear Street" or "Respondent") for use in an appraisal

proceeding pending before the Supreme Court of Bermuda concerning Sumitomo's

take-private merger with Myovant Sciences Ltd.

4.    Attached hereto as **Exhibit 1** is a true and correct copy of the Definitive Proxy

Statement filed with the Securities & Exchange Commission by Myovant Sciences Ltd.

on January 23, 2023.

5.  Attached hereto as **Exhibit 2** a true and correct copy of the Form 8-K filed with the United States Securities and Exchange Commission by Myovant Sciences Ltd. on March 1, 2023.

6.  Attached hereto as **Exhibit 3** a true and correct copy of a press release issued by Alpine Global Management, LLC on July 19, 2018.

7.  Attached hereto as **Exhibit 4** is a true and correct copy of the Form 13-F filed with the United States Securities and Exchange Commission by Alpine Global Management, LLC for the Quarter ending September 30, 2022.

8.  Attached hereto as **Exhibit 5** is a true and correct copy of the Schedule 13-G filed with the United States Securities and Exchange Commission by Alpine Global Management, LLC on February 17, 2023.

9.  Attached hereto as **Exhibit 6** is a true and correct copy of Form 13-F filed with the United States Securities and Exchange Commission on December 31, 2022.

10. Attached hereto as **Exhibit 7** is a true and correct copy of Schedule X-17A-5 filed with the United States Securities and Exchange Commission by Clear Street LLC on February 29, 2024.

11. Attached hereto as **Exhibit 8** is a form of a proposed subpoena seeking documents from Clear Street, LLC.

12. Attached hereto as **Exhibit 9** is a form of a proposed subpoena seeking a deposition of a corporate representative from Clear Street, LLC.

Dated: June 21, 2024

By: _____
    Brandt Henslee