# EXHIBIT 7

| Form X-17A-5 Filer Information | UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| | ANNUAL AUDITED REPORT Form X-17A-5 Part III | OMB Number: 3235-0123, 3235-0749 |
| FORM X-17A-5 | | Estimated average burden hours per response: 12.00 |
| | FACING PAGE Information Required of Brokers and Dealers Pursuant to Section 17 of the Securities Exchange Act of 1934 and Rule 17a-5 Thereunder | |

## X-17A-5: Filer Information

| | |
|---|---|
| Filer CIK | 0001708828 |
| Filer CCC | XXXXXXXX |
| Is this a LIVE or TEST Filing? | ● LIVE ○ TEST |
| Would you like a Return Copy? | ☐ |
| Is this an electronic copy of an official filing submitted in paper format? | ☐ |
| Confirming Broker Dealer Copy File Number | |
| Confirming Security-Based Swap Entity Copy File Number | |

**Submission Contact Information**

| | |
|---|---|
| Name | |
| Phone | |
| E-Mail Address | |
| Notify via Filing Website only? | ☐ |

## X-17A-5: Submission Information

| | |
|---|---|
| Report for the Period Beginning | 01-01-2023 |
| and Ending | 12-31-2023 |
| Type of Registrant | ☑ Broker-dealer     ☐ Security-based swap dealer     ☐ Major security-based swap participant |
| | ☐ OTC derivatives dealer |

**Material Weakness**

| | |
|---|---|
| Does this submission include an accountant's report covering the compliance report that indentifies one or more material weaknesses? | ○ Yes  ● No |

## X-17A-5: A. Registrant Identification

| | |
|---|---|
| Name of Firm | CLEAR STREET LLC |

**Address of Principal Place of Business (Do not use P.O. Box No.)**

| | |
|---|---|
| Address 1 | 4 WORLD TRADE CENTER, 150 GREENWICH STRE |
| Address 2 | 45TH FLOOR |
| City | NEW YORK |
| State/Country | NEW YORK |
| Mailing Zip/ Portal Code | 10007 |

**Name and Telephone Number of Person to Contact in Regard to this Report**

| | |
|---|---|
| Name | Tim Dunham |

| | |
|---|---|
| Telephone Number | 646-350-4761 |

## X-17A-5: B. Accountant Identification

### *Independent Public Accountant*

| | |
|---|---|
| Name - *if individual, state last, first, and middle name* | RSM US LLP |
| Address 1 | 4 Times Square, 151 West 42nd Street |
| City | New York |
| State/Country | NEW YORK |
| Mailing Zip/ Postal Code | 10036 |
| Check One | ● Certified Public Accountant<br>○ Certified Public Accountant not resident in United States or any of its possessions |

## X-17A-5: Signature

### *Oath or Affirmation*

I, *Timothy Dunham*, swear (or affirm) that, to the best of my knowledge and belief, the financial report pertaining to the firm of *CLEAR STREET LLC*, as of *12-31-2023*, is true and correct. I further swear (or affirm) that neither the company nor any partner, proprietor, principal officer or director has any proprietary interest in any account classified solely as that of a customer, except as follows:

| | |
|---|---|
| Signature | Timothy Dunham |
| Title | CFO |

### *Notary Public*

Checking this box acknowledges that this oath or affirmation has been notarized. ☑